IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FILED
MAY 2 6 2026
IN THIS OFFICE
Clerk U.S. District Court
Greensboro, N.C.
By _____

UNITED STATES OF AMERICA     :

                       :

       v.               :        1:26CR 106-1

                       :

DAVAN LEKEITH FROST      :

The Grand Jury charges:

## COUNT ONE

1. At all times material to this Indictment, N & A Smoke, Inc., located at 5041 University Parkway, Winston-Salem, NC 27105, was engaged in the retail sale of tobacco supplies, an industry which affects interstate and foreign commerce.

2. On or about November 18, 2025, in the County of Forsyth, in the Middle District of North Carolina, DAVAN LEKEITH FROST did unlawfully obstruct, delay, and affect commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), in that DAVAN LEKEITH FROST did knowingly and unlawfully take and obtain property, consisting of United States currency, belonging to N & A Smoke, Inc., located at 5041 University Parkway, Winston-Salem, NC 27105 from the possession of an employee of the said business

against his will by means of actual and threatened force, violence, and fear of injury, to his person; in violation of Title 18, United States Code, Section 1951(a).

## COUNT TWO

1. At all times material to this Indictment, 556 Smoke & Puffs, Inc. located at 556 West Northwest Boulevard, Winston-Salem, NC 27105, was engaged in the retail sale of tobacco supplies, an industry which affects interstate and foreign commerce.

2. On or about November 19, 2025, in the County of Forsyth, in the Middle District of North Carolina, DAVAN LEKEITH FROST did unlawfully obstruct, delay, and affect commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), in that DAVAN LEKEITH FROST did knowingly and unlawfully take and obtain property, consisting of United States currency and various products, belonging to 556 Smoke & Puffs, Inc. located at 556 West Northwest Boulevard, Winston-Salem, NC 27105 from the possession of an employee of the said business against his will by means of actual and threatened force, violence, and fear of injury, to his person; in violation of Title 18, United States Code, Section 1951(a).

2

Case 1:26-cr-00106-UA    Document 1    Filed 05/26/26    Page 2 of 4

COUNT THREE

1. At all times material to this Indictment, Walkertown Smoke & Puffs, Inc. located at 1481 New Walkertown Road, Winston-Salem, NC 27101, was engaged in the retail sale of tobacco supplies, an industry which affects interstate and foreign commerce.

2. On or about November 19, 2025, in the County of Forsyth, in the Middle District of North Carolina, DAVAN LEKEITH FROST did unlawfully obstruct, delay, and affect commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), in that DAVAN LEKEITH FROST did knowingly and unlawfully take and obtain property, consisting of United States currency, belonging to Walkertown Smoke & Puffs, Inc. located at 1481 New Walkertown Road, Winston-Salem, NC 27101, from the possession of an employee of the said business against his will by means of actual and threatened force, violence, and fear of injury, to his person; in violation of Title 18, United States Code, Section 1951(a).

COUNT FOUR

On or about November 19, 2025, in the County of Forsyth, in the Middle District of North Carolina, DAVAN LEKEITH FROST, during and in relation to a crime of violence for which he may be prosecuted in a court of the United

3

States, that is, interference with commerce by robbery, as more fully referenced in Count Three of this Indictment, did knowingly carry and use, by brandishing, a firearm; in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT FIVE

On or about November 20, 2025, in the County of Forsyth, in the Middle District of North Carolina, DAVAN LEKEITH FROST knowingly did possess in and affecting commerce a firearm, that is, a Canik 9mm handgun, having been convicted of a crime punishable by imprisonment for a term exceeding one year, and with knowledge of that conviction; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

DATED: May 26, 2026

DAN BISHOP
United States Attorney

BY: RANDALL S. GALYON
Assistant United States Attorney

A TRUE BILL:

FOREPERSON

4